UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Titus C. Willis,

    Petitioner,                                           Case No. 05-74885

v.                                                     Hon. Nancy G. Edmunds

Blaine Lafler,

    Respondent.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

SO ORDERED.


                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: October 24, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 24, 2007, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager